IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRONE BENTLEY | : | |
| Petitioner | : | |
| | : | |
| v. | : | Criminal No. 10-525 |
| | : | |
| UNITED STATES | : | Civil Action 16-3510 |
| Respondent | : | |

## SUPPLEMENTAL PETITIONER'S REPLY[1] TO GOVERNMENT'S RESPONSE TO PRO SE MOTION TO VACATE/SET ASIDE/CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255

Tyrone Bentley, Petitioner, hereby files this counseled reply to the Government's answer to Petitioner's pro se second motion pursuant to 28 U.S.C. § 2255.[2]

---

[1] On August 27, 2019, Petitioner Bentley filed a second pro se Motion to Vacate/Set Aside or Correct Sentence. Doc. No. 150. He filed exhibits in support of same on September 30, 2019. Doc. No. 151. On October 21, 2019, Petitioner file a Supplemental Memorandum of Law in support of same. Doc. No. 152. (In the interim, Petitioner also filed a Motion for Compassionate Release (156) which was denied on February 19, 2021 (160).) Petitioner also filed a second Supplemental Memorandum in support of his § 2255 Motion on March 5, 2021. Doc. No. 164. The government filed its response in opposition of the relief sought in Petitioner's § 2255 motion on July 23, 2021. Doc. No. 168. Petitioner then filed a motion for appointment of counsel and a reply to the government's response on July 26, 2021. Doc. No. 170. Additional pro se Replies were filed by Petitioner on August 2nd, 3rd and 4th, 2021. See Doc No. 172, 171 and 173 respectively. This counseled reply is meant to supplement, and not replace, the four replies that Petitioner has filed in the past.

[2] In the past, Petitioner has referred to the "force clause" when analyzing whether a crime is one of violence under the categorical approach. See Page 2, Doc. No. 164. This is actually the elements clause; counsel requests this Court view it as such in the prior arguments made by Petitioner as the elements clause.

2

Respectfully submitted,

*Carina Laguzzi*

Carina Laguzzi
Attorney for Petitioner Tyrone Bentley

## CERTIFICATE OF SERVICE

I, CARINA LAGUZZI, certify that on this  20th  day of October, 2021, I have served a copy of the attached Supplemental Reply to Government's Response in Opposition to Petitioner's Pro Se Motion Pursuant to 28 U.S.C. § 2255 via electronic filing, thus making it available for downloading and printing, upon the following parties:

| | |
|---|---|
| Salvatore Astolfi | The Honorable Paul Diamond |
| Assistant United States Attorney | U.S. District Judge |
| U.S. Attorney's Office | U.S. District Courthouse |
| 615 Chestnut Street | 601 Market Street |
| Philadelphia, PA 19106 | Philadelphia, PA 19106 |

/s/ Carina Laguzzi
CARINA LAGUZZI, ESQUIRE
Attorney for Petitioner